

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

MEMORANDUM ENDORSED

January 4, 2008

**BY FACSIMILE**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 510
New York, New York 10007-1312
Fax: (212) 805-4268

    Re: <u>James Kirk v. John Burge</u>
        07 Civ. 7467 (LTS) (GWG)

Dear Judge Gorenstein:

    I am writing for an extension of time until April 4, 2008, to file the Attorney General's response in this case. In this case, Your Honor signed a Rule 4 Order directing the Attorney General to respond to the petition by November 13, 2007, but my office did not receive the Court's order until December 20, 2007. Accordingly, I am requesting an extension, so this case can be assigned, and we can obtain the state court records, and prepare a response to the petition.

                      Respectfully submitted,

                      Alyson J. Gill
                      Assistant Attorney General

cc (by U.S. Mail):    Marlon G. Kirton, Esq.
                          Attorney for James Kirk
                          230 Park Avenue, Ste. 1000
                          New York, New York 10169

*Granted. No further extensions absent extraordinary circumstances that must be demonstrated by formal motion. Petitioner may respond 30 days thereafter.*

SO ORDERED: DATE: 1/4/2008

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

120 Broadway, New York, NY 10271 • Fax (212) 416-8010