UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
:
JAMES KIRK,
:
              Petitioner,  :  **ORDER**
:
     -v.-  :  07 Civ.7467(LTS)(GWG)
:
JOHN BURGE,
:
             Respondent.  :
:
-----------------------------------------------------------------------x

**GABRIEL W. GORENSTEIN,** United States Magistrate Judge.

      The Court is in receipt of a letter dated July 13, 2008 (with attachments) from the petitioner in which petitioner seeks to amend his petition and/or "hold [it] in abeyance" based on a post-judgment motion apparently filed by petitioner pro se. The Court notes that this letter was improperly sent to the Court because a copy was not provided to the respondent's attorney. Also, the petitioner is represented and thus he should not be sending letters to the Court as long as that representation continues. If petitioner does not wish to have Mr. Kirton continue to represent him, he should so inform the Court.

      The Court is herewith providing a copy of the letter with attachments to Mr. Kirton and the respondent's attorney. Petitioner is directed to send a letter to the Court (with a copy to respondent's counsel) on or before August 15, 2008 informing the Court whether Mr. Kirton will be representing him or whether he is proceeding pro se. On or before August 29, 2008, the person authorized to speak for petitioner – either the petitioner himself or Mr. Kirton – may file any motion to amend the petition and/or stay these proceedings. If no such motion is made by that date, the Court will consider the petition in its current form.

      SO ORDERED.

Dated: New York, New York
      July 22, 2008

                                    GABRIEL W. GORENSTEIN
                                  United States Magistrate Judge

Copy to:

Marlon G. Kirton, P.C.
230 Park Ave., Suite 1000
New York, NY 10169

James Kirk
# 04-A-1459
Elmira Correctional Facility
PO Box 500
1879 Davis St.
Elmira, NY 14902-0500

Alyson J. Gill
Assistant Attorney General
120 Boradway
New York, NY  10271